# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **MILLER AUTO PARTS &** ) | |
| **SUPPLY COMPANY, INC., et. al,** ) | Case No. 14-68113-mgd |
| ) | (Jointly Administered) |
| Debtors. ) | |

## APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS

Pursuant to 11 U.S.C. § 1102(a), the Acting United States Trustee for Region 21 in accordance with his administrative responsibilities imposed pursuant to 28 U.S.C. § 586(a) hereby appoints the following creditors to serve on the committee of creditors holding unsecured claims:

Global Parts Distributors, LLC
3279 Avondale Mill Road
Macon, GA 31216
Attn: Jeff Hauck

Standard Motor Products, Inc.
1801 Waters Ridge Dr.
Lewisville, TX 75057
Attn: James Stewart

Federal-Mogul Corporation
26555 Northwestern Highway
Southfield, MI 48033
Attn: Michael Duffy

GUY G. GEBHARDT
ACTING UNITED STATES TRUSTEE
REGION 21

By: _____ */s/ Vivieon E. Kelley* _____
Vivieon E. Kelley, Esquire
Georgia Bar No. 143033
*Office of the United States Trustee*
75 Spring Street, SW Suite 362
Atlanta, Georgia 30303
404-331-4437, ext. 125

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims was served by First Class United States Mail upon members of the committee as appointed and upon the following parties in interest as follows:

Ashley Reynolds Ray
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

Miller Auto Parts & Supply Company, Inc.
5944 Peachtree Corners East
Norcross, GA 30071

Thomas M. Byrne
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996

Joseph M. Coleman
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX 75201

Standard Motor Products, Inc.
1801 Waters Ridge Dr.
Lewisville, TX 75057
Attn: James Stewart

Global Parts Distributors, LLC
3279 Avondale Mill Road
Macon, GA 31216
Attn: Jeff Hauck

Federal-Mogul Corporation
26555 Northwestern Highway
Southfield, MI 48033
Attn: Michael Duffy

Darryl S. Laddin
Arnall Golden Gregory LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

Done this 24th day of September, 2014.

By: s/ Vivieon E. Kelley
   Vivieon E. Kelley
   Trial Attorney