IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MILLER AUTO PARTS & SUPPLY | § | Jointly Administered Under |
| COMPANY, INC., et al., | § | CASE NO. 14-68113-mgd |
| | § | |
| Debtors. | § | |
| | § | |
| | § | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR COPIES

Please take notice that Joseph M. Coleman, Jason B. Binford, and the law firm of Kane Russell Coleman & Logan PC and Gary W. Marsh and Henry F. Sewell of the law firm of McKenna Long & Aldridge LLP, hereby enter an appearance as proposed counsel of record in the above-captioned case for the Official Committee of Unsecured Creditors (the "Committee"), and hereby request that all notices given or required to be given, and all papers served or required to be served in the case, be given to and served upon:

Joseph M. Coleman
Jason B. Binford
Kane Russell Coleman & Logan PC
3700 Thanksgiving Tower
1601 Elm Street
Dallas, TX  75201
E-mail: jcoleman@krcl.com; jbinford@krcl.com; ecf@krcl.com

—and—

Gary W. Marsh
Henry F. Sewell
McKenna Long & Aldridge LLP
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Email: gmarsh@mckennalong.com; hsewell@mckennalong.com

ATLANTA 5593407.1

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case or the Committee.

Please take notice that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Committee is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments the Committee expressly reserves.

Dated: September 25, 2014.

Respectfully submitted,

**MCKENNA LONG & ALDRIDGE LLP**

/s/ *Henry F. Sewell*
Henry F. Sewell
Georgia Bar No. 636265
Gary W. Marsh
Georgia Bar No. 471290
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone – (404) 527-400
Fax – (404) 527-4198
Email: gmarsh@mckennalong.com;
hsewell@mckennalong.com

**PROPOSED ATTORNEYS FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

—and—

**KANE RUSSELL COLEMAN & LOGAN PC**

Joseph M. Coleman
*Pro Hac Vice* application pending
Jason B. Binford
*Pro Hac Vice* application pending

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email:  jcoleman@krcl.com; jbinford@krcl.com;
ecf@krcl.com

ATLANTA 5593407.1

## CERTIFICATE OF SERVICE

This is to certify that on the 25th day of September, 2014, I caused a copy of the foregoing *Notice of Entry of Appearance and Request for Copies* to be served on the parties below by depositing said pleading in the United States Mail with sufficient postage affixed thereto, addressed as follows:

U.S. Trustee
Office of the US Trustee
Suite 362
75 Spring Street, SW
Atlanta, GA 30303

Miller Auto Parts & Supply Company, Inc.
5944 Peachtree Corners East
Norcross, GA 30071

Ashley Reynolds Ray, Esq.
J. Robert Williamson, Esq.
Scroggins & Williamson
1500 Candler Building
127 Peachtree Street, NE
Atlanta, GA 30303

This 25th day of September, 2014.

*/s/ Henry F. Sewell*
Henry F. Sewell
Georgia Bar No. 636265

MCKENNA LONG & ALDRIDGE LLP
303 Peachtree Street, Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198 (facsimile)

ATLANTA 5593407.1