**United States Bankruptcy Court**
**Northern District of Georgia**

In re  **Miller Auto Parts & Supply Company, Inc.**          Case No.  **14-68113**
                                    Debtor(s)              Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Golden Eagle Asset Management, Inc.**<br>**1209 Orange Street**<br>**Wilmington, DE 19801** | | | **100% Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **10/3/2014**                    Signature  **/s/ Randy Kulamer**
                                              **Randy Kulamer**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Miller Auto Parts & Supply Company, Inc.**                                   Case No.  **14-68113**
                                                    Debtor(s)                                                Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept as a retainer | $ **50,000.00*** |
   | Prior to the filing of this statement I have received as a retainer | $ **50,000.00*** |
   | Balance Due | $ **0.00** |

2. $ **1,717.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

   **Miller Auto Parts & Supply Company, Inc.**

4. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

   **Any or all of the jointly administered Debtors listed below.**

5. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service: **Allowed fees and expenses which exceed the retainer.**

   ***The retainer of $50,000 has been provided on a consolidated basis for the following jointly administered Debtors: Miller Auto Parts & Supply Company, Inc.; Johnson Industries, Inc.; Miller Auto Parts & Paint Company, Inc.; and AutoPartsTomorrow.com, LLC**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **10/3/2014**                                /s/ **J. Robert Williamson**
                                                    J. Robert Williamson 765214
                                                    Scroggins & Williamson, P.C.
                                                    127 Peachtree St. NE
                                                    1500 Candler Bldg.
                                                    Atlanta, GA 30303
                                                    404-893-3880  Fax: 404-893-3886
                                                    centralstation@swlawfirm.com

---