IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| MILLER AUTO PARTS & SUPPLY | ) | Jointly Administered Under |
| COMPANY, INC., et al., | ) | CASE NO. 14-68113-mgd |
| | ) | |
| Debtors. | ) | |
| | ) | |

**AFFIDAVIT OF SERVICE**

| | |
|---|---|
| STATE OF NEW JERSEY | ) |
| | ) ss. |
| COUNTY OF ESSEX | ) |

I, Kathleen M. Logan, hereby certify:

1. I am of legal age and I am not a party to this action.

2. I am President of Logan & Company, Inc., located at 546 Valley Road, Upper Montclair, New Jersey, Claims and Noticing Agent for the above-captioned Debtors.

3. On August 30, 2016 I caused copies of the following:

   - Joint Motion to Approve Compromise and Settlement Between Thomas Miller, C.H. Miller Hardware, Inc. and the Official Unsecured Creditors Committee; Settlement Agreement [Dkt. No. 453];
   - Joint Motion to Approve Compromise and Settlement Between Fribourg Limited and the Official Unsecured Creditors Committee; Settlement Agreement and Mutual Release [Dkt. No. 454];
   - Joint Motion to Approve Compromise and Settlement Agreement; Exhibit A – Compromise and Settlement Agreement; Exhibit B – Proposed Order; Distribution List [Dkt. No. 455];
   - Notice of Hearing [Dkt. No. 456];
   - Notice of Hearing [Dkt. No. 457]; and
   - Notice of Hearing [Dkt. No. 458]

   to be served in the manner indicated upon the parties on the Service List attached hereto as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

FURTHER AFFIANT SAYETH NOT

_____
Kathleen M. Logan

Sworn to before me this
1 day of ~~August~~ September, 2016

_____
Notary Public

NYREE DAWN MISCIA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 10/8/2018

MAP_AY

**EXHIBIT A SERVICE LIST**
[related to Docket Nos. 453 through 458]

Page 1 of 4

**DEBTOR: MILLER AUTO PARTS & SUPPLY COMPANY, INC., et al.,**                                **CASE NO: 14-68113 (MGD)**

| | | |
|---|---|---|
| **Via First Class Mail**<br>Creditor ID: 316-99<br>AC-DELCO<br>ATTN: PRESIDENT/CEO<br>806 TYVOLA ROAD FCNP STE 108<br>CHARLOTTE NC 28217 | **Via First Class Mail**<br>Creditor ID: 1140-93<br>ALEALI, SEYED H<br>5 WINTERGREEN DR<br>EASTON CT 06612 | **Via Court's CM/ECF system**<br>Creditor ID: 1212-98<br>ALSTON & BIRD LLP<br>COUNSEL TO PARTS AUTH INC & PARTS AUTH GEORGIA LLC<br>JONATHAN T EDWARDS<br>ONE ATLANTIC CTR<br>1201 WEST PEACHTREE ST<br>ATLANTA GA 30309<br>Email: jonathan.edwards@alston.com |
| **Via First Class Mail**<br>Creditor ID: 1308-17<br>ANDY MOHR AUTOMOTIVE GROUP<br>SCOTT GARDNER<br>2712 EAST MAIN ST<br>PLAINFIELD IN 46168 | **Via First Class Mail**<br>Creditor ID: 1110-99<br>ARNALL GOLDEN GREGORY LLP<br>COUNSEL FOR FCC LLC D/B/A FIRST CAPITAL<br>DARRYL S LADDIN, ESQ<br>JONATHAN A AZOFF, ESQ<br>171 17TH STREET, NW, STE 2100<br>ATLANTA GA 30363 | **Via First Class Mail**<br>Creditor ID: 62-99<br>BERKLEY MID ATLANTIC GROUP LLC<br>ATTN: PRESIDENT/CEO<br>PO BOX 580458<br>CHARLOTTE NC 28258-0458 |
| **Via First Class Mail**<br>Creditor ID: 1204-99<br>BERNSTEIN-BURKEY PC<br>COUNSEL FOR DUQUESNE LIGHT COMPANY<br>JODI L HAUSE, ESQ<br>707 GRANT ST, STE 2200, GULF TOWER<br>PITTSBURGH PA 15219 | **Via First Class Mail**<br>Creditor ID: 1306-17<br>BILL HOLT CHEVROLET<br>SAY PATEL<br>250 LIBERTY BLVD<br>CANTON GA 30014 | **Via First Class Mail**<br>Creditor ID: 1307-17<br>BLUE KNOB AUTO<br>SCOTT HORVATH<br>2634 PA-764<br>DUNCANSVILLE PA 16635 |
| **Via First Class Mail**<br>Creditor ID: 1297-17<br>BUCKLEY, GREGORY<br>1605 LOCKRIDGE DR<br>CUMMING GA 30041 | **Via First Class Mail**<br>Creditor ID: 1132-93<br>C H MILLER HARDWARE, INC.<br>THOMAS B MILLER, PRESIDENT<br>1051 FAIRGROUNDS ROAD<br>HUNTINGDON PA 16652 | **Via First Class Mail**<br>Creditor ID: 1118-92<br>CARRATURA, NICOLE M<br>59 CEDAR RIDGE EXT<br>WEST DEER PA 15101 |
| **Via First Class Mail**<br>Creditor ID: 1117-92<br>CARRATURA, RALPH S<br>59 CEDAR RIDGE EXT<br>WEST DEER PA 15101 | **Via First Class Mail**<br>Creditor ID: 1126-92<br>COOK BROTHERS AUTOMOTIVE INC<br>ATTN: PRESIDENT/CEO<br>425 FAIRMONT LANE<br>CUMBERLAND MD 21502 | **Via First Class Mail**<br>Creditor ID: 1128-92<br>COOK, GARY W<br>24 LOCUST ST<br>CUMBERLAND MD 21502 |
| **Via First Class Mail**<br>Creditor ID: 1127-92<br>COOK, RICHARD T, JR<br>425 FAIRMONT LANE<br>CUMBERLAND MD 21502 | **Via First Class Mail**<br>Creditor ID: 1133-93<br>DARIUSH, OWLIA MD<br>1 WHITFIELD HEIGHTS<br>AVON CT 06001-3955 | **Via First Class Mail**<br>Creditor ID: 1116-92<br>DELMONICO, DANIELLE<br>401 TORREY PINE DR<br>MARS PA 16046-2632 |
| **Via First Class Mail**<br>Creditor ID: 1114-92<br>DELMONICO, ROBERT ANTHONY<br>PO BOX 38125<br>PITTSBURGH PA 15238-8125 | **Via First Class Mail**<br>Creditor ID: 1137-93<br>EFG BANK<br>ATTN: PRESIDENT/CEO<br>QUAI DU SEUJET 24<br>1211 GENEVE  2<br>SWITZERLAND | **Via First Class Mail**<br>Creditor ID: 1107-90<br>FCC LLC<br>D/B/A FIRST CAPITAL<br>ATTN: PORTFOLIO MANAGER<br>11380 PROSPERITY FARMS RD #221E<br>PALM BEACH GARDENS FL 33410 |

**EXHIBIT A SERVICE LIST**
**[related to Docket Nos. 453 through 458]**

Page 2 of 4

**DEBTOR: MILLER AUTO PARTS & SUPPLY COMPANY, INC., et al.,**              **CASE NO: 14-68113 (MGD)**

| | | |
|---|---|---|
| **Via First Class Mail**<br>Creditor ID: 1106-90<br>FIRST CAPITAL HOLDINGS INC<br>ATTN: PRESIDENT/CEO<br>565 FIFTH AVE, 19TH FL<br>NEW YORK NY 10017 | **Via First Class Mail**<br>Creditor ID: 1108-90<br>FORD MOTOR COMPANY<br>ATTN: PRESIDENT/CEO<br>FORD WORLD HEADQUARTERS<br>ONE AMERICAN RD, RM 732-A5<br>DEARBORN MI 48126 | **Via First Class Mail**<br>Creditor ID: 110-99<br>FORD MOTOR COMPANY<br>ATTN: PRESIDENT/CEO<br>LOCKBOX 14147<br>5505 N CUMBERLAND, STE 307<br>CHICAGO IL 60656-4147 |
| **Via First Class Mail**<br>Creditor ID: 1130-93<br>FRIBOURG LIMITED<br>P D GAUDION / P S LE POIDEVIN DIR<br>PO BOX 357<br>MILL COURT, LA CHARROTERIE<br>ST PETER PORT, GUERNSEY  GY1 3XH<br>UNITED KINGDOM | **Via First Class Mail**<br>Creditor ID: 1187-99<br>GE INFORMATION TECHNOLOGY SOLUTIONS<br>F/D/B/A IKON FINANCIAL SERVICES<br>BANKRUPTCY ADMINISTRATION<br>1738 BASS RD<br>PO BOX 13708<br>MACON GA 31208-3708 | **Via Court's CM/ECF system**<br>Creditor ID: 1213-98<br>GEORGE M GEESLIN, ESQ<br>COUNSEL FOR AAPA & APW<br>1349 W PEACHTREE ST NW STE 1350<br>ATLANTA GA 30309-2961<br>Email: George@GMGeeslinLaw.com |
| **Via First Class Mail**<br>Creditor ID: 1305-17<br>GERANMAYEH, ALI<br>10151 FAIRGROUNDS ROAD<br>HUNTINGTON PA 16652 | **Via First Class Mail**<br>Creditor ID: 1131-93<br>GHASSEM LADJEVARDI TRUST, THE<br>7242 EAST DESERT LOOP<br>TUCSON AZ 85750-0922 | **Via First Class Mail**<br>Creditor ID: 1109-90<br>GM CUSTOMER CARE & AFTERSALES<br>THOMAS KUMMER, FINANCE MGR<br>3200 GRAND POINTE DR<br>MAIL CODE: 484-393-2200<br>GRAND BLANC MI 48439 |
| **Via First Class Mail**<br>Creditor ID: 706-99<br>GM SERVICE PARTS OPERATIONS<br>ATTN: PRESIDENT/CEO<br>PO BOX 905053<br>CHARLOTTE NC 28290-5053 | **Via First Class Mail**<br>Creditor ID: 1142-93<br>GOODMAN, DAVID<br>C/O GREGORY A JACKSON, ESQ<br>504 LAW PC<br>504 PENN ST<br>HUNTINGDON PA 16652 | **Via First Class Mail**<br>Creditor ID: 1214-99<br>HARRY B RAY & ASSOCIATES PLLC<br>COUNSEL FOR AAPA & APW<br>HARRY B RAY<br>6148 LEE HIGHWAY, STE 210<br>CHATTANOOGA TN 37421 |
| **Via Court's CM/ECF system**<br>Creditor ID: 1152-98<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>COUNSEL FOR GENERAL MOTORS LLC<br>CHAUNCEY C MAYFIELD II<br>660 WOODWARD AVE<br>2290 FIRST NATIONAL BLDG<br>DETROIT MI 48226<br>Email: cmayfield@honigman.com | **Via Court's CM/ECF system**<br>Creditor ID: 1151-98<br>HONIGMAN MILLER SCHWARTZ AND COHN LLP<br>COUNSEL FOR GENERAL MOTORS LLC<br>E TODD SABLE<br>6600 WOODWARD AVE<br>2290 FIRST NATIONAL BLDG<br>DETROIT MI 48226<br>Email: tsable@honigman.com | **Via First Class Mail**<br>Creditor ID: 1121-92<br>HORVATH, JOSEPH<br>247 WINDVALE DR<br>DUNCANSVILLE PA 16635-5720 |
| **Via First Class Mail**<br>Creditor ID: 1122-92<br>HORVATH, JOSEPH AND SHIRLEY<br>227 WOODSIDE LANE<br>DUNCANSVILLE PA 16635 | **Via First Class Mail**<br>Creditor ID: 1102-99<br>INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | **Via First Class Mail**<br>Creditor ID: 1105-99<br>INTERNAL REVENUE SERVICE<br>401 W PEACHTREE ST, NW<br>ATLANTA GA 30308 |
| **Via First Class Mail**<br>Creditor ID: 1134-93<br>KAHAN, ROBERT W<br>17 VIRGINIA LANE<br>UNIONVILLE CT 06085 | **Via Court's CM/ECF system**<br>Creditor ID: 1144-98<br>KANE RUSSELL COLEMAN & LOGAN PC<br>LEAD COUNSEL TO UNSECURED CREDITORS' COMMITTEE<br>ANDTENNECO AUTOMOTIVE<br>JOSEPH M COLEMAN; JASON B BINFORD<br>3700 THANSGIVING TOWER, 1601 ELM ST<br>DALLAS TX 75201<br>Email: jcoleman@krcl.com; jbinford@krcl.com; ecf@krcl.com | **Via First Class Mail**<br>Creditor ID: 1186-99<br>KEGLER BROWN HILL & RITTER<br>COUNSEL FOR AUTOMOTIVE DISTRIBUTOR COMPANIES INC<br>LARRY J MCCLATCHEY<br>65 EAST STATE ST, STE 1800<br>COLUMBUS OH 43215-4294 |

**EXHIBIT A SERVICE LIST**
[related to Docket Nos. 453 through 458]

Page 3 of 4

**DEBTOR: MILLER AUTO PARTS & SUPPLY COMPANY, INC., et al.,**    **CASE NO: 14-68113 (MGD)**

| | | |
|---|---|---|
| **Via Court's CM/ECF system**<br>Creditor ID: 1287-98<br>LAMBERTH CIFELLI ELLIS & NASON PA<br>COUNSEL FOR SOMS TECHNOLGIES LLC<br>GREGORY S ELLIS, ESQ<br>1117 PERIMETER CTR STE W212<br>ATLANTA GA 30338-5456<br>Email: gellis@lcsenlaw.com | **Via Court's CM/ECF system**<br>Creditor ID: 1290-98<br>LAW OFFICE OF SCOTT B RIDDLE LLC<br>COUNSEL FOR PACIFIC AIR CARGO TRANSFER SYSTEMS INC<br>SCOTT B RIDDLE, ESQ<br>STE 1800 TOWER PL<br>3340 PEACHTREE RD NE<br>ATLANTA GA 30326<br>Email: scott@scottriddlelaw.com | **Via Court's CM/ECF system**<br>Creditor ID: 1289-98<br>LAW OFFICES OF CHRISTOPHER A BENSON PLLC<br>COUNSEL FOR PACIFIC CARGO TRANSFER SYSTEMS INC<br>D/B/A LASER CUTTING NW<br>CHRISTOPHER A BENSON, ESQ<br>1814 S 324TH PL, STE B<br>FEDERAL WAY WA 98003<br>Email: cbenson@cbenson.com |
| **Via Court's CM/ECF system**<br>Creditor ID: 1150-98<br>LAW OFFICES OF HENRY F SEWELL JR LLC<br>LOCAL COUNSEL TO UNSECURED CREDITORS' COMMITTEE<br>HENRY F SEWELL JR<br>3343 PEACHTREE ST STE 200<br>ATLANTA GA 30326<br>Email: asewell@sewellfirm.com | **Via First Class Mail**<br>Creditor ID: 1303-17<br>LKQ CORPORATE HEADQUARTERS<br>JIM MCGONIGLE<br>500 WEST MADISON ST STE 2800<br>CHICAGO IL 60661 | **Via Court's CM/ECF system**<br>Creditor ID: 1263-98<br>MCGUIREWOODS LLP<br>COUNSEL FOR GEORGIA POWER COMPANY<br>NATHAN A WOOD, ESQ<br>STE 2100, PROMENADE<br>1230 PEACHTREE ST, NE<br>ATLANTA GA 30309<br>Email: nwood@mcguirewoods.com |
| **Via Court's CM/ECF system**<br>Creditor ID: 1188-98<br>MCGUIREWOODS LLP<br>COUNSEL FOR FISHER AUTO PARTS INC<br>THOMAS R WALKER, ESQ<br>1230 PEACHTREE ST, NE, STE 2100<br>ATLANTA GA 30309<br>Email: trwalker@mcguirewoods.com | **Via First Class Mail**<br>Creditor ID: 1145-99<br>MILLER AUTO PARTS & SUPPLY COMPANY INC<br>MR GEORGE HARE, CFO<br>5944 PEACHTREE CORNERS EAST<br>NORCROSS GA 30071-1336 | **Via First Class Mail**<br>Creditor ID: 1136-93<br>MILLER, THOMAS<br>C/O 504 LAW, PC<br>ATTN GREGORY A JACKSON, ESQ<br>504 PENN STREET<br>HUNTINGDON PA 16652 |
| **Via First Class Mail**<br>Creditor ID: 1136-93<br>MILLER, THOMAS<br>10133 TANGLEWOOD DRIVE<br>HUNTINGDON PA 16652 | **Via First Class Mail**<br>Creditor ID: 1138-93<br>MOORE, CHARLES AND NANCY<br>492 PARTRIDGE CIRCLE<br>SARASOTA FL 34236 | **Via First Class Mail**<br>Creditor ID: 1129-93<br>MOSSAVAR-RAHMANI, BAHMAN & YASMIN<br>40 SUMMIT RD<br>RIVERSIDE CT 06878 |
| **Via Court's CM/ECF system**<br>Creditor ID: 1196-98<br>NELSON MULLINS RILEY & SCARBOROUGH LLP<br>COUNSEL FOR CUMMINS FILTRATION INC<br>GREGORY M TAUBE<br>201 17TH STREET, NW, STE 1700<br>ATLANTA GA 30363<br>Email: greg.taube@nelsonmullins.com | **Via Court's CM/ECF system**<br>Creditor ID: 1101-98<br>OFFICE OF THE US TRUSTEE<br>VIVIEON E KELLEY, ESQ<br>STE 362, RICHARD B RUSSELL BLDG<br>75 SPRING ST, SW<br>ATLANTA GA 30303<br>Email: vivieon.e.kelley@usdoj.gov | **Via First Class Mail**<br>Creditor ID: 1299-17<br>O'REILLY AUTO PARTS<br>JIM HITE<br>103 LUMBER DR<br>FRANKLIN TN 37064 |
| **Via First Class Mail**<br>Creditor ID: 1300-17<br>PARTS AUTHORITY<br>PERESHA MCCALL<br>5944 PEACHTREE CORNERS E<br>NORCROSS GA 30071 | **Via First Class Mail**<br>Creditor ID: 1304-17<br>PARTS AUTHORITY<br>PERESHA MCCALL<br>200 HEMBREE PARK DR<br>ROSEWELL GA 30076 | **Via First Class Mail**<br>Creditor ID: 1301-17<br>PARTS EXPRESS<br>RAND ROTHBERGER<br>5944 PEACHTREE CORS. E.<br>NORCROSS GA 30071 |
| **Via First Class Mail**<br>Creditor ID: 1154-99<br>PLUNKETT COONEY<br>COUNSEL FOR DENSO PRODUCTS AND SERVICES AMERICAS INC FKA DENSO SALES CALIFORNIA INC<br>DOUGLAS C BERNSTEIN, ESQ<br>38505 WOODWARD AVE, STE 2000<br>BLOOMFIELD HILLS MI 48304 | **Via First Class Mail**<br>Creditor ID: 1298-17<br>RAINMAKER GROUP, THE<br>TOM BARHAM<br>4550 NORTH POINT PKWY #400<br>ALPHARETTA GA 30005 | **Via First Class Mail**<br>Creditor ID: 1139-93<br>SAMPLE, GEORGE R III<br>C/O 504 LAW, PC<br>ATTN GREGORY A JACKSON, ESQ<br>504 PENN STREET<br>HUNTINGDON PA 16652 |

**EXHIBIT A SERVICE LIST**
**[related to Docket Nos. 453 through 458]**

Page 4 of 4

**DEBTOR: MILLER AUTO PARTS & SUPPLY COMPANY, INC., et al.,**    **CASE NO: 14-68113 (MGD)**

| | | |
|---|---|---|
| **Via First Class Mail**<br>Creditor ID: 1139-93<br>SAMPLE, GEORGE R III<br>6400 SOUTH ATLANTIC AVE<br>NEW SMYRNA BEACH FL 32169 | **Via Court's CM/ECF system**<br>Creditor ID: 1149-98<br>SCHULTEN WARD & TURNER LLP<br>COUNSEL FOR TRONCALLI AUTOMOTIVE GROUP INC<br>MARTHA A MILLER, ESQ<br>260 PEACHTREE ST, NW, STE 2700<br>ATLANTA GA 30303<br>Email: mam@swtlaw.com | **Via Court's CM/ECF system**<br>Creditor ID: 1146-98<br>SCROGGINS & WILLIAMSON PC<br>COUNSEL FOR THE DEBTORS<br>J ROBERT WILLIAMSON & ASHLEY R RAY<br>ONE RIVERSIDE<br>4401 NORTHSIDE PKWY STE 450<br>ATLANTA GA 30327<br>Email: rwilliamson@swlawfirm.com; aray@swlawfirm.com |
| **Via First Class Mail**<br>Creditor ID: 1302-17<br>SERVICE PARTNERS CENTRAL<br>JIM KELLEY<br>1227 DICKERSON PIKE<br>GOODLETTSVILLE TN 37072 | **Via Court's CM/ECF system**<br>Creditor ID: 1227-98<br>STRASBURGER & PRICE LLP<br>COUNSEL FOR EPICOR SOTFWARE CORP.<br>DUANE J BRESCIA<br>720 BRAZOS, STE 700<br>AUSTIN TX 78701<br>Email: duane.brescia@strasburger.com | **Via Court's CM/ECF system**<br>Creditor ID: 1147-98<br>SUTHERLAND ASBILL & BRENNAN LLP<br>COUNSEL FOR FORD MOTOR COMPANY<br>THOMAS M BYRNE, ESQ<br>999 PEACHTREE ST, NE, STE 2300<br>ATLANTA GA 30309-3996<br>Email: tom.byrne@sutherland.com |
| **Via Court's CM/ECF system**<br>Creditor ID: 1148-98<br>SUTHERLAND ASBILL & BRENNAN LLP<br>COUNSEL FOR FORD MOTOR COMPANY<br>STACEY M MOHR, ESQ<br>999 PEACHTREE ST, NE, STE 2300<br>ATLANTA GA 30309-3996<br>Email: stacey.mohr@sutherland.com | **Via Court's CM/ECF system**<br>Creditor ID: 1185-98<br>THOMSPON O'BRIEN KEMP & NASUTI PC<br>COUNSEL FOR AUTOMOTIVE DISTRIBUTOR COMPANIES INC<br>ALBERT F NASUTI, ESQ<br>40 TECHNOLOGY PKWY SOUTH, STE 300<br>NORCROSS GA 30092<br>Email: ANasuti@tokn.com | **Via First Class Mail**<br>Creditor ID: 1135-93<br>UNITED AMERICAN SECURITIES, INC.<br>BAHMAN MOSSAVAR-RAHMANI PRES<br>441 LEXINGTON AVE, STE 1220<br>NEW YORK NY 10017 |
| **Via Court's CM/ECF system**<br>Creditor ID: 1171-98<br>WILES & WILES LLP<br>COUNSEL FOR HEMBREE SPE LLC<br>VICTOR W NEWMARK, ESQ<br>800 KENNESAW AVE, STE 400<br>MARIETTA GA 30060-7946<br>Email: bankruptcy@evict.net | | |

**Total:   73**